# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 7, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161525(45)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* SMITH, Minors.

SC: 161525
COA: 351095
Kalamazoo CC Family Division:
    18-000053-NA

_____/

On order of the Chief Justice, the motion of the Legal Services Association of Michigan and the Michigan State Planning Body to file a brief amicus curiae is GRANTED. The amicus brief will be accepted for filing if submitted on or before August 12, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 7, 2020

Clerk